```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| LOUIS VINCENNIE, | CIVIL ACTION NO. 05-4033 (MLC) |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. |  |
| XPEDITE SYSTEMS, INC., |  |
| Defendant. |  |

**THE COURT REVIEWING** this action; and the defendant removing from state court this action, <u>inter alia</u>, to recover damages for breach of an employment contract, and alleging jurisdiction under 28 U.S.C. § ("Section") 1332 (Rmv. Not., at 1); and it appearing (1) the plaintiff is a New York citizen, and (2) the defendant is a Delaware corporation with its principal place of business in Georgia (<u>id.</u> at 2; Compl., at 1); and the Court assuming further that New Jersey is a proper venue under Sections 1391 and 1406, as the defendant has an office in New Jersey (Compl., at 1); but

**THE COURT NONETHELESS BEING** vested with broad discretion to consider a transfer of venue to a district where the action might have been more-properly brought under Section 1404(a), <u>see</u> <u>Jumara v. State Farm Ins. Co.</u>, 55 F.3d 873, 875, 877 n.3, 883 (3d Cir. 1995); and the Court being concerned that this action should be litigated in New York because (1) the plaintiff is a New York citizen, and (2) the defendant alleges the plaintiff "worked out of defendant's office in Manhattan, New York City, New York"

(Rmv. Not., at 2); and the Court directing the parties (1) to describe where the causes of action arose and their connection, if any, to New Jersey, and (2) to state — assuming the order to show cause is granted — which federal district court in New York would be most appropriate; and for good cause appearing;

**IT IS THEREFORE** on this    12th     day of October, 2005, **ORDERED** that the parties shall **SHOW CAUSE** why the action should not be transferred to a federal district court in New York pursuant to 28 U.S.C. § 1404; and

**IT IS FURTHER ORDERED** that the parties may respond to the Court electronically by 5 P.M. on the following dates:[1]

    October 31, 2005    Plaintiff's response

    November 10, 2005    Defendant's response

    November 18, 2005    Plaintiff's reply; and

**IT IS FURTHER ORDERED** that this order to show cause will be decided on **MONDAY, NOVEMBER 21, 2005,** or soon thereafter, without oral argument pursuant to Federal Rule of Civil Procedure 78, unless the parties are notified otherwise by the Court.

                                        s/ Mary L. Cooper
                                        **MARY L. COOPER**
                                        United States District Judge

---

[1] Only electronically-filed responses will be considered. See http://pacer.njd.uscourts.gov (under "Electronic Filing Info." and "Notice: Mandatory E-filing (11-3-04)").

3